UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANKERS STANDARD INSURANCE COMPANY, a Pennsylvania Corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware Corporation; OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation; BLOX CONSTRUCTION, INC., a Washington corporation; THOMAS & KATHERINE WALKER, both Washington residents; and SHERPA ROOFING & CONSTRUCTION, LLC, a Washington Limited Liability Company.<br><br>Defendants. | Cause No. 2:24-cv-01126<br><br>[~~PROPOSED~~] ORDER ON MOTION TO EXTEND TIME LIMIT FOR SERVICE |

///

///

///

///

[~~PROPOSED~~] ORDER ON MOTION TO EXTEND TIME LIMIT FOR SERVICE
Page 1 (2:24-cv-1126)

GILBERT LEVY @ BRIDGEPORT
THE GLB ATTORNEYS
7455 Bridgeport Road, Suite 235
Tigard, OR 97224
Main (971) 312-0660
Fax (971) 312-0235

Plaintiff Associated Industries Insurance Company, Inc. filed its *Ex Parte* Motion to Extend Time Limit for Service seeking a 90-day extension pursuant to Fed. R. Civ. P. Fed. R. Civ. P. 4(m).  The Court has reviewed the pleadings, records, and moving papers, now therefore:

The Court finds good cause and GRANTS an extension of time to serve the summons and complaint on Defendants by ninety days from the date of filing, or February 5, 2025

IT IS SO ORDERED:

DATED this 8th day of November, 2024.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE


GILBERT LEVY @ BRIDGEPORT

By: *s/ Alejandra Torres*
*Alejandra Torres, WSB No. 54301*
E-mail: alejandra@theglb.com
*Withdrawing Attorney for Plaintiff Associated Industries Insurance Company, Inc.*

[~~PROPOSED~~] ORDER ON MOTION TO EXTEND TIME LIMIT FOR SERVICE
Page 2 (2:24-cv-1126)

GILBERT LEVY @ BRIDGEPORT
THE GLB ATTORNEYS
7455 Bridgeport Road, Suite 235
Tigard, OR 97224
Main (971) 312-0660
Fax (971) 312-0235