Alejandra Torres, *WSB No. 54301*
Alejandra@theglb.com
Gilbert Levy @ Bridgeport
7455 S.W. Bridgeport Rd, #235
Tigard, OR  97224
Telephone: (971) 312-0660
Facsimile: (971) 312-0235

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC., a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>BANKERS STANDARD INSURANCE COMPANY, a Pennsylvania Corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware Corporation; OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation; BLOX CONSTRUCTION, INC., a Washington corporation; THOMAS & KATHERINE WALKER, both Washington residents; and SHERPA ROOFING & CONSTRUCTION, LLC, a Washington Limited Liability Company.<br><br>Defendants. | Cause No. 2:24-cv-01126<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION**

Pursuant to Rule (a) the parties, by and through their undersigned counsel of record, hereby stipulate and agree that all claims in this case between and among the parties should be dismissed with prejudice and without recovery of fees or costs to any party.

/ / /

/ / /

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**
Page 1 (2:24-cv-01126)

| | |
|---|---|
| The GLB Attorneys | GORDON TILDEN THOMAS & CORDELL LLP |
| By  /s/ Alejandra Torres<br>Alejandra Torres, WSBA No. 54301<br>alejandra@theglb.com | By  s/ Michael Rosenberger<br>Michael Rosenberger, WSBA #17730<br>mrosenberger@gordontilden.com |
| *Attorneys for Plaintiff Associated Industries Insurance Company, Inc.* | *Attorneys for Defendants Thomas & Katherine Walker* |
| FORSBERG & UMLAUF, P.S. | PREG O'DONNELL & GILLETT PLLC |
| By  s/Ryan J. Hesselgesser<br>Ryan J. Hesselgesser , WSBA #40720<br>rhesselgesser@foum.law | By  s/ John K. Butler<br>John K. Butler, WSBA #28528<br>jbutler@pregodonnell.com |
| *Attorneys for Defendant United Specialty Insurance Company* | *Attorney for Respondent Blox Construction* |

**ORDER**

Based upon the foregoing stipulation of the parties, it is hereby

ORDERED that all claims in this matter are DISMISSED with prejudice and without recovery of costs or fees to any party.

IT IS SO ORDERED.

DATED this 16th day of May, 2025.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

GILBERT LEVY @ BRIDGEPORT

By: *s/ Alejandra Torres*
*Alejandra Torres, WSB No. 54301*
E-mail: alejandra@theglb.com
*Attorney for Plaintiff Associated Industries Insurance Company, Inc.*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**
Page 2 (2:24-cv-01126)

THE GLB ATTORNEYS
7455 Bridgeport Road, Suite 235
Tigard, OR 97224
Main (971) 312-0660
Fax (971) 312-0235